UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOE HOUSTON,

    Plaintiff,

vs.

                                      Case No.: 13-cv-60004-RNS

7-ELEVEN, INC.,

    Defendant.

_____/

## DEFENDANT 7-ELEVEN, INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant 7-Eleven, Inc. ("Defendant") hereby respectfully moves this Court for the entry of an Order granting Defendant summary judgment against Plaintiff Joe Houston ("Plaintiff").

Plaintiff cannot meet his burden to establish a violation of the ADA or demonstrate a viable claim for injunctive relief. All of the alleged barriers identified by Plaintiff in his Complaint have been voluntarily remediated and do not exist at the property. Because Plaintiff's claims are moot he lacks standing and is not entitled to injunctive relief.

Furthermore, Plaintiff also lacks standing to pursue these claims because he cannot establish a real intent to return to the property in the immediate future. Plaintiff has admitted that he has no specific plans to return to the property at issue. He has also stated in sworn deposition testimony that he rarely, if ever returns to the properties he sues and does not keep track of them. In fact, he only returns if told to do so by his attorneys. As explained in more detail in the accompanying memorandum of points and authorities

1

both in opposition to Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, summary judgment should be granted in favor of Defendant.

Wherefore, Defendant respectfully requests that this Court enter an Order granting Defendant summary judgment against Plaintiff on his Complaint and declaring that all alleged barriers identified by Plaintiff have been completed, together with awarding Defendant its costs and reasonable attorneys' fees, and such other relief as the Court deems just, equitable and proper.

Dated:  July 8, 2013

Respectfully Submitted,

s/Kelly-Ann  Cartwright
Kelly-Ann G. Cartwright (FL Bar 892812)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel:  305-374-8500
Fax:  305-789-7799
kelly-ann.cartwright@hklaw.com

Ryan M. McNamara (CA Bar No. 223606)
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
rmcnamara@calljensen.com

*Attorneys for Defendant 7-Eleven, Inc.*

2

## Certificate of Service

**I hereby certify** that on **July 8, 2013,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                     s/Kelly-Ann Cartwright
                                                                     Kelly-Ann G. Cartwright

SERVICE LIST
Joe Houston v. 7-Eleven, Inc.
Case No. 13-cv-60004 RNS
United States District Court, Southern District of Florida

Thomas B. Bacon, Esq.
Philip Michael Cullen, III, Esq.
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
Tel: (954) 462-0600
Fax: (954) 462-1717
cullen@thomasbaconlaw.com